```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 42768
   JEFFREY L MCCRAY
   TAMARA K MCCRAY                              CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
        Debtor
   SSN XXX-XX-4424     SSN XXX-XX-5662

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/03/2005 and was confirmed 04/05/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.00%.

    The case was converted to chapter 7 after confirmation 11/28/2007.
--------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
CITIMORTGAGE INC          CURRENT MORTG          .00           .00            .00
CITIMORTGAGE INC          MORTGAGE ARRE      21397.03          .00       10953.59
CITIBANK MTG              CURRENT MORTG          .00           .00            .00
CITIBANK MTG              MORTGAGE ARRE        204.40          .00          98.94
HSBC AUTO FINANCE         SECURED             8264.46        967.56       3866.78
AMERICAN EXPRESS TRAVEL   UNSECURED           1384.80          .00            .00
BAXTER CREDIT UNION       UNSECURED          14052.08          .00            .00
BLATT HASENMILLER LEIBSK  NOTICE ONLY       NOT FILED          .00            .00
CREDITOR INTERCHANGE      NOTICE ONLY       NOT FILED          .00            .00
DISCOVER FINANCIAL SERVI  UNSECURED          16988.53          .00            .00
KEITH S SHINDLER          NOTICE ONLY       NOT FILED          .00            .00
LUTHERAN GENERAL HOSPITA  UNSECURED         NOT FILED          .00            .00
MEDICAL RECOVERY SPECIAL  NOTICE ONLY       NOT FILED          .00            .00
NATIONWIDE CREDIT INC     NOTICE ONLY       NOT FILED          .00            .00
SUPERIOR ASSET MANAGEMEN  NOTICE ONLY       NOT FILED          .00            .00
T-MOBILE USA              UNSECURED             92.04          .00            .00
ROUNDUP FUNDING LLC       UNSECURED           8114.27          .00            .00
COLUMBIA CREDIT SERVICES  UNSECURED          52811.67          .00            .00
INTERNAL REVENUE SERVICE  SECURED NOT I          .00           .00            .00
US ATTORNEYS OFFICE       NOTICE ONLY       NOT FILED          .00            .00
SECRETARY OF TREASURY     NOTICE ONLY       NOT FILED          .00            .00
LEGAL HELPERS PC          DEBTOR ATTY        1,750.00                     1,750.00
TOM VAUGHN                TRUSTEE                                         1,033.01
DEBTOR REFUND             REFUND                                              6.12

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  18,676.00

PRIORITY                                         .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 42768 JEFFREY L MCCRAY & TAMARA K MCCRAY
```

```
SECURED                                                  14,919.31
    INTEREST                                                967.56
UNSECURED                                                      .00
ADMINISTRATIVE                                            1,750.00
TRUSTEE COMPENSATION                                      1,033.01
DEBTOR REFUND                                                 6.12
                                    ---------------   ---------------
TOTALS                                    18,676.00         18,676.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```