**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| MCCRAY, JEFFREY L<br>MCCRAY, TAMARA K | § § § § | Case No. 05-42768 |
| Debtor(s) | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 10/03/2005. The case was converted to one under Chapter 7 on 11/28/2007. The undersigned trustee was appointed on 11/28/2007.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $         297,040.36

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 20,426.10 |
| Payments to creditors | 257,256.21 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 7,500.00 |
| Leaving a balance on hand of[1]   $ | 11,858.05 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

6. The deadline for filing claims in this case was 10/07/2008 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 20,175.35 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 7,175.32 , for a total compensation of $ 7,175.32 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 58.49 , for total expenses of $ 58.49 .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/16/2009          By:/s/Phillip D. Levey
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 05-42768 | JBS Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MCCRAY, JEFFREY L | | Date Filed (f) or Converted (c): | 11/28/07 (c) |
| | MCCRAY, TAMARA K | | 341(a) Meeting Date: | 01/09/08 |
| For Period Ending: | 11/12/09 | | Claims Bar Date: | 10/07/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Citibank. | 0.00 | Unknown | DA | 0.00 | FA |
| 2. Savings account with Citibank. | 1.00 | Unknown | DA | 0.00 | FA |
| 3. Miscellaneous used household goods | 1,200.00 | Unknown | DA | 0.00 | FA |
| 4. Miscellaneous books, tapes, CD's etc. | 150.00 | Unknown | DA | 0.00 | FA |
| 5. Personal Used Clothing | 550.00 | Unknown | DA | 0.00 | FA |
| 6. Miscellaneous costume jewelry | 150.00 | Unknown | DA | 0.00 | FA |
| 7. Employer - Term Life Insurance - no cash surrender | 0.00 | Unknown | DA | 0.00 | FA |
| 8. 2003 Chevrolet Malibu. 61,000 miles. | 9,145.00 | Unknown | OA | 0.00 | FA |
| 9. 1987 Ford Explorer. 87,000 miles. | 0.00 | Unknown | DA | 0.00 | FA |
| 10. 1084 Shady Tree Lane, Wheeling, IL  Debtor Claimed Exemption | 350,000.00 | 61,262.00 | | 19,381.70 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.92 | Unknown |

TOTALS (Excluding Unknown Values) | $361,196.00 | $61,262.00 | | $19,388.62 |

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/31/09    Current Projected Date of Final Report (TFR): 08/31/09

LFORM1
UST Form 101-7-TFR (9/1/2009) (Page: 3)

Ver: 15.02

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 05-42768 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MCCRAY, JEFFREY L | Bank Name: | BANK OF AMERICA |
|  | MCCRAY, TAMARA K | Account Number / CD #: | *******3234 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3334 |  |  |
| For Period Ending: | 11/12/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 10/09/08 | 10 | Chicago Title & Trust COmpany | Sale of Real Estate |  | 19,381.70 |  | 19,381.70 |
|  |  | CHICAGO TITLE & TRUST COMPANY | Memo Amount:      346,000.00 | 1110-000 |  |  |  |
|  |  |  | Sale of Real Estate |  |  |  |  |
|  |  | CITIMORTGAGE, INC. | Memo Amount:    (   242,171.09 ) | 4110-000 |  |  |  |
|  |  |  | Pay-Off First Mortgage |  |  |  |  |
|  |  | CITIMORTGAGE, INC. | Memo Amount:    (   48,966.56 ) | 1110-000 |  |  |  |
|  |  |  | Pay-Off Second Mortgage |  |  |  |  |
|  |  | CENTURY 21 | Memo Amount:    (   17,300.00 ) | 3510-000 |  |  |  |
|  |  |  | Real Estate Commission |  |  |  |  |
|  |  | MCCRAY, TAMARA | Memo Amount:    (   7,500.00 ) | 8100-002 |  |  |  |
|  |  |  | Homestead Exemption |  |  |  |  |
|  |  | COOK COUNTY COLLECTOR | Memo Amount:    (   2,772.07 ) | 4700-000 |  |  |  |
|  |  |  | 2007 Real Estate Taxes |  |  |  |  |
|  |  | COOK COUNTY COLLECTOR | Memo Amount:    (   4,813.05 ) | 4700-000 |  |  |  |
|  |  |  | 2008 Real Estates Taxes |  |  |  |  |
|  |  | MURRY & MOODY, LTD. | Memo Amount:    (   350.00 ) | 2500-000 |  |  |  |
|  |  |  | Survey |  |  |  |  |
|  |  | CHICAGO TITLE & TRUST COMPANY | Memo Amount:    (   572.00 ) | 2500-000 |  |  |  |
|  |  |  | Recording & Transfer Charges |  |  |  |  |
|  |  | CHICAGO TITLE & TRUST COMPANY | Memo Amount:    (   1,450.00 ) | 2500-000 |  |  |  |
|  |  |  | Title Charges |  |  |  |  |
|  |  | GIMELMAN, MICHAEL | Memo Amount:    (   596.00 ) | 2500-000 |  |  |  |
|  |  |  | Credit to Buyer re Closing |  |  |  |  |
|  |  | VILLAGE OF WHEELING | Memo Amount:    (   127.53 ) | 2500-000 |  |  |  |
|  |  |  | Water Bill |  |  |  |  |
| 10/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.95 |  | 19,382.65 |
| 11/28/08 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 1.58 |  | 19,384.23 |
| 12/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.98 |  | 19,385.21 |

Page Subtotals        19,385.21        0.00

Ver: 15.02

LFORM24   UST Form 101-7-TFR (9/1/2009) (Page: 4)

FORM 2

Page: 2

Exhibit B

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-42768 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MCCRAY, JEFFREY L | Bank Name: | BANK OF AMERICA |
| | MCCRAY, TAMARA K | Account Number / CD #: | *******3234 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3334 | | |
| For Period Ending: | 11/12/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.16 | | 19,385.37 |
| 02/27/09 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.15 | | 19,385.52 |
| 03/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.17 | | 19,385.69 |
| 04/19/09 | 000101 | INTERNATIONAL SURETIES, LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA 70139 | TRUSTEE'S BOND BOND NUMBER 016026455 | 2300-000 | | 30.57 | 19,355.12 |
| 04/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.42 | | 19,355.54 |
| 05/29/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,356.03 |
| 06/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.48 | | 19,356.51 |
| 07/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.49 | | 19,357.00 |
| 08/26/09 | 000102 | CLERK OF THE U.S. DISTRICT COURT 219 SOUTH DEARBORN STREET CHICAGO, IL | PARTIAL SATISFACTION OF JUDGMENT LIEN OF UNITED STATES OF AMERICA RE JEFFREY L. MCCRAY | 4120-000 | | 7,500.00 | 11,857.00 |
| 08/31/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.47 | | 11,857.47 |
| 09/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,857.76 |
| 10/30/09 | 11 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.29 | | 11,858.05 |

|  |  |  |  |  |
|---|---|---|---|---|
| Memo Allocation Receipts: | 346,000.00 | COLUMN TOTALS | 19,388.62 | 7,530.57 | 11,858.05 |
| Memo Allocation Disbursements: | 326,618.30 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Memo Allocation Net: | 19,381.70 | Subtotal | 19,388.62 | 7,530.57 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | Net | 19,388.62 | 7,530.57 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 346,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 326,618.30 | Money Market Account (Interest Earn - *******3234 | 19,388.62 | 7,530.57 | 11,858.05 |
| Total Memo Allocation Net: | 19,381.70 | | 19,388.62 | 7,530.57 | 11,858.05 |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 3.41 | 7,530.57 | |

Ver: 15.02

LFORM24

UST Form 101-7-TFR (9/1/2009) (Page: 5)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 05-42768 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | MCCRAY, JEFFREY L | Bank Name: | BANK OF AMERICA |
| | MCCRAY, TAMARA K | Account Number / CD #: | *******3234 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3334 | | |
| For Period Ending: | 11/12/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account (Interest Earn - ********3234 | | Transfers) | To Debtors) | On Hand |

Page Subtotals    0.00    0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-42768
Case Name: MCCRAY, JEFFREY L
　　　　　　MCCRAY, TAMARA K
Trustee Name: Phillip D. Levey

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Trustee: Phillip D. Levey* | $ 7,175.32 | $ 58.49 |
| *Attorney for trustee: Phillip D. Levey* | $ 4,624.24 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

UST Form 101-7-TFR (9/1/2009) (Page: 7)

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| _Attorney for debtor:_ | | $ | $ |
| _Attorney for:_ | | $ | $ |
| _Accountant for:_ | | $ | $ |
| _Appraiser for:_ | | $ | $ |
| _Other:_ | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 217,591.01 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _000001_ | _HSBC Auto Finance_ | $ 0.00 | $ 0.00 |
| _000004_ | _DISCOVER FINANCIAL SERVICES_ | $ 16,988.53 | $ 0.00 |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000005* | *ROUNDUP FUNDING, L.L.C.* | $ 8,114.27 | $ 0.00 |
| *000007* | *T-Mobile, Bankruptcy* | $ 92.04 | $ 0.00 |
| *000008* | *American Express Centurion Bank* | $ 1,384.80 | $ 0.00 |
| *000009* | *Columbia Credit Services Inc* | $ 52,811.67 | $ 0.00 |
| *000010* | *BCU* | $ 14,206.58 | $ 0.00 |
| *000011* | *Credit First NA* | $ 899.80 | $ 0.00 |
| *000012* | *Roundup Funding, LLC* | $ 27,775.25 | $ 0.00 |
| *000015* | *United States of America* | $ 95,318.07 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

UST Form 101-7-TFR (9/1/2009) (Page: 9)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

　　　The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .