UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MCCRAY, JEFFREY L | § | Case No. 05-42768 |
| MCCRAY, TAMARA K | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Kenneth Gardner
    U.S. Bankruptcy Court Clerk
    219 South Dearborn Street- 7th Floor
    Chicago, IL 60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/28/2010 in Courtroom 682,

    United States Courthouse
    219 South Dearborn Street
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Kenneth S. Gardner
                 Clerk, U.S. Bankruptcy Court

*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
MCCRAY, JEFFREY L § Case No. 05-42768
MCCRAY, TAMARA K §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 297,040.66 |
| and approved disbursements of | $ | 285,182.31 |
| leaving a balance on hand of[1] | $ | 11,858.35 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Phillip D. Levey | $ 7,175.50 | $ 58.49 |
| Attorney for trustee: Phillip D. Levey | $ 4,624.36 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: | $ | $ |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) (Page: 2)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 217,591.01 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | HSBC Auto Finance | $ 0.00 | $ 0.00 |
| 000004 | DISCOVER FINANCIAL SERVICES | $ 16,988.53 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009) (Page: 3)

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000005 | ROUNDUP FUNDING, L.L.C. | $ 8,114.27 | $ 0.00 |
| 000007 | T-Mobile, Bankruptcy | $ 92.04 | $ 0.00 |
| 000008 | American Express Centurion Bank | $ 1,384.80 | $ 0.00 |
| 000009 | Columbia Credit Services Inc | $ 52,811.67 | $ 0.00 |
| 000010 | BCU | $ 14,206.58 | $ 0.00 |
| 000011 | Credit First NA | $ 899.80 | $ 0.00 |
| 000012 | Roundup Funding, LLC | $ 27,775.25 | $ 0.00 |
| 000015 | United States of America | $ 95,318.07 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/Kenneth S. Gardner
Clerk, U.S. Bankruptcy Court

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009) (Page: 5)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: ahamilton              Page 1 of 2                   Date Rcvd: Dec 21, 2009
Case: 05-42768                 Form ID: pdf006              Total Noticed: 41
```

The following entities were noticed by first class mail on Dec 23, 2009.
```
db/jdb         +Jeffrey L McCray,   Tamara K McCray,   1084 Shady Tree Lane,   Wheeling, IL 60090-5723
aty            +James J Burns, JR,   Burns & Wincek,   53 West Jackson,   Suite 909,   Chicago, IL 60604-3837
tr             +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
10548477        American Express Centurion Bank,   c/o Becket and Lee, LLP,   P.O. Box 3001,
                 Malvern, PA 19355-0701
9952306         American Express Travel Related Ser,   PO Box 29-7879,   Fort Lauderdale, FL 33329-7879
12481887       +BCU,   340 N Milwaukee avenue,   Vernon Hills, IL 60061-1533
9952307        +Baxter Credit Union,   1425 Lake Cook Rd.,   Deerfield, IL 60015-5213
9952308        +Blatt, Hasenmiller, Leibsker, Moore,   125 South Wacker Dr.,   Suite 400,
                 Chicago, IL 60606-4440
10498418      ++CITIMORTGAGE,   5280 CORPORATE DRIVE,   BANKRUPTCY DEPARTMENT,   ATTENTION MC0023,   FREDERICK MD,
                 21703-8351
               (address filed with court: CitiMortgage, Inc.,   Bankruptcy Department,   1000 Technology Drive,
                 Saint Charles, MO 63304)
11809280       +Chorzempa and Ziah DDs,   1425 McHenry Rd Ste 101,   Buffalo Grove, IL 60089-1332
9952309        +Citibank,   c/o Citicorp Retail Services,   245 Old Country Road,   Melville, NY 11747-2726
10438932        Citibank,   PO Box 790130, MS: 730,   St. Louis, MO 63179-0130
9952305        +Colin Banyon,,   Macey & Aleman,   20 W. Kinzie,   13th Floor,   Chicago, IL 60654-6392
10580851       +Columbia Credit Services Inc,   For MBNA America,   1731 Howe Ave #360,
                 Sacramento, CA 95825-2209
12492184       +Credit First NA,   P O Box 818011,   Cleveland OH 44181-8011
9952310         Creditors Interchange,   P. O. Box 1335,   Buffalo, NY 14240-1335
11809278       +Firestone,   Po Box 7988,   Chicago, IL 60680-7988
9952312        +HSBC,   1441 Schilling Place,   Salinas, CA 93901-4543
10408636       +HSBC Auto Finance,   POB 17906,   San Diego, CA 92177-7906
10850832      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court: Department of the Treasury-Internal Revenue Servic,
                 Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
11809279       +Illinois Dept of Human Services,   100 S Grand Ave East,   Springfield, IL 62762-0002
9952304        +Jeffrey L. McCray,   Tamara K. McCray,   1084 Shady Tree Lane,   Wheeling, IL 60090-5723
12557592       +Joel Nathan,   219 S Dearborn, 5th Floor,   Chicago, IL 60604-2029
9952313        +Law Offices of Keith S. Shindler,   1040 S. Milwaukee Ave,   Suite 110,   Wheeling, IL 60090-6375
9952314         Lutheran General Hospital,   PO Box 73208,   Chicago, IL 60673-7208
9952315        +Medical Recovery Specialists,   2200 E. Devon,   Suite 288,   Des Plaines, IL 60018-4501
9952316        +Nationwide Credit,   3600 E University Dr,   Ste A1450,   Phoenix, AZ 85034-7245
9952317        +Superior Asset, Inc.,   P.O. Box 1928,   Fort Walton Beach, FL 32549-1928
9952318        +T-Mobile,   PO Box 742596,   Cincinnati, OH 45274-2596
10538910       +T-Mobile, Bankruptcy,   PO Box 53410,   Bellevue, WA 98015-3410
9952319         Target,   Retailers National Bank,   PO Box 59231,   Minneapolis, MN 55459-0231
10485722       +Target National Bank (f.k.a. Retailers National Ba,   TARGET VISA,   c/o Weinstein & Riley, P.S.,
                 2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
10850865       +US Attorney’s Office,   Northern Dist of Ill - E Division,   219 S Dearborn St 5th Floor,
                 Chicago, IL 60604-2029
11809281       +US Dept of Education,   Po Box 530260,   Atlanta, GA 30353-0260
11809282       +US Dept of Justice,   Illinois-Northern,   219 S Dearborn St 5th Fl,   Chicago, IL 60604-2029
12558974       +United States of America,   Joel Nathan,   Assistant United States Attorney,
                 219 S Dearborn, 5th Floor,   Chicago, IL 60604-2029
12558976       +United States of America,   United States Attorney’s Office,   219 S Dearborn St 5th Floor,
                 Chicago, IL 60604-2029
10850866       +Unites States Dept of Treasury - IRS,   General Counsel’s Office,   1500 Pennsylvania Avenue NW,
                 Washington, DC 20220-0001
```
The following entities were noticed by electronic transmission on Dec 21, 2009.
```
10476876        E-mail/PDF: mrdiscen@discoverfinancial.com Dec 22 2009 00:21:41     DISCOVER FINANCIAL SERVICES,
                 PO BOX 8003,   HILLIARD, OH 43026
9952311         E-mail/PDF: mrdiscen@discoverfinancial.com Dec 22 2009 00:21:41     Discover,
                 Discover Financial Services,   P.O. Box 8003,   Hilliard, OH 43026
11422343        E-mail/PDF: BNCEmails@blinellc.com Dec 22 2009 00:20:03     ROUNDUP FUNDING, L.L.C.,   MS 550,
                 PO Box 91121,   SEATTLE, WA 98111-9221
                                                                                              TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
aty*           +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
12521312*       Roundup Funding, LLC,   MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTALS: 0, * 3
```

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: ahamilton          Page 2 of 2            Date Rcvd: Dec 21, 2009
Case: 05-42768                Form ID: pdf006          Total Noticed: 41

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2009**                              **Signature:** _Joseph Speetjens_