UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MCCRAY, JEFFREY L | § | Case No. 05-42768 |
| MCCRAY, TAMARA K | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter    on             , and it was converted to chapter 7 on           . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Tamara McCray |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CITIMORTGAGE, INC. |  |  |  |  |  |
| CITIMORTGAGE, INC. |  |  |  |  |  |
| CLERK OF THE U.S. DISTRICT COURT |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNITED STATES OF AMERICA | | | | | |
| COOK COUNTY COLLECTOR | | | | | |
| COOK COUNTY COLLECTOR | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CHICAGO TITLE & TRUST COMPANY | | | | | |
| CHICAGO TITLE & TRUST COMPANY | | | | | |
| GIMELMAN, MICHAEL | | | | | |
| MURRY & MOODY, LTD. | | | | | |
| VILLAGE OF WHEELING | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | | | | | |
| CENTURY 21 | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| BCU | | | | | |
| COLUMBIA CREDIT SERVICES INC | | | | | |
| CREDIT FIRST NA | | | | | |
| DISCOVER FINANCIAL SERVICES | | | | | |
| HSBC AUTO FINANCE | | | | | |
| ROUNDUP FUNDING, L.L.C. | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| T-MOBILE, BANKRUPTCY | | | | | |
| UNITED STATES OF AMERICA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 05-42768 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | MCCRAY, JEFFREY L | | | Date Filed (f) or Converted (c): | 11/28/07 (c) |
| | MCCRAY, TAMARA K | | | 341(a) Meeting Date: | 01/09/08 |
| For Period Ending: | 05/10/10 | | | Claims Bar Date: | 10/07/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking account with Citibank. | 0.00 | Unknown | DA | 0.00 | FA |
| 2. Savings account with Citibank. | 1.00 | Unknown | DA | 0.00 | FA |
| 3. Miscellaneous used household goods | 1,200.00 | Unknown | DA | 0.00 | FA |
| 4. Miscellaneous books, tapes, CD's etc. | 150.00 | Unknown | DA | 0.00 | FA |
| 5. Personal Used Clothing | 550.00 | Unknown | DA | 0.00 | FA |
| 6. Miscellaneous costume jewelry | 150.00 | Unknown | DA | 0.00 | FA |
| 7. Employer - Term Life Insurance - no cash surrender | 0.00 | Unknown | DA | 0.00 | FA |
| 8. 2003 Chevrolet Malibu. 61,000 miles. | 9,145.00 | Unknown | OA | 0.00 | FA |
| 9. 1987 Ford Explorer. 87,000 miles. | 0.00 | Unknown | DA | 0.00 | FA |
| 10. 1084 Shady Tree Lane, Wheeling, IL     Debtor Claimed Exemption | 350,000.00 | 61,262.00 | | 346,000.00 | FA |
| 11. Post-Petition Interest Deposits (u) | Unknown | N/A | | 7.79 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $361,196.00 | $61,262.00 | | $346,007.79 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 08/31/09     Current Projected Date of Final Report (TFR): 08/31/09

LFORM1

**UST Form 101-7-TDR (9/1/2009)** *(Page: 7)*

Ver: 15.08

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 05-42768 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MCCRAY, JEFFREY L | | Bank Name: | BANK OF AMERICA |
| | MCCRAY, TAMARA K | | Account Number / CD #: | *******3234 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3334 | | | |
| For Period Ending: | 05/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/09/08 | 10 | Chicago Title & Trust COmpany | Sale of Real Estate | | 19,381.70 | | 19,381.70 |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:     346,000.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | |
| | | CITIMORTGAGE, INC. | Memo Amount:   (  242,171.09 ) | 4110-000 | | | |
| | | | Pay-Off First Mortgage | | | | |
| | | CITIMORTGAGE, INC. | Memo Amount:   (   48,966.56 ) | 4110-000 | | | |
| | | | Pay-Off Second Mortgage | | | | |
| | | CENTURY 21 | Memo Amount:   (   17,300.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | MCCRAY, TAMARA | Memo Amount:   (    7,500.00 ) | 8100-002 | | | |
| | | | Homestead Exemption | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount:   (    2,772.07 ) | 4700-000 | | | |
| | | | 2007 Real Estate Taxes | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount:   (    4,813.05 ) | 4700-000 | | | |
| | | | 2008 Real Estates Taxes | | | | |
| | | MURRY & MOODY, LTD. | Memo Amount:   (      350.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:   (      572.00 ) | 2500-000 | | | |
| | | | Recording & Transfer Charges | | | | |
| | | CHICAGO TITLE & TRUST COMPANY | Memo Amount:   (    1,450.00 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| | | GIMELMAN, MICHAEL | Memo Amount:   (      596.00 ) | 2500-000 | | | |
| | | | Credit to Buyer re Closing | | | | |
| | | VILLAGE OF WHEELING | Memo Amount:   (      127.53 ) | 2500-000 | | | |
| | | | Water Bill | | | | |
| 10/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 0.95 | | 19,382.65 |
| 11/28/08 | 11 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 1.58 | | 19,384.23 |
| 12/31/08 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.98 | | 19,385.21 |

Page Subtotals     19,385.21     0.00

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-42768 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MCCRAY, JEFFREY L | | Bank Name: | BANK OF AMERICA |
| | MCCRAY, TAMARA K | | Account Number / CD #: | *******3234  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3334 | | | |
| For Period Ending: | 05/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,385.37 |
| 02/27/09 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.15 | | 19,385.52 |
| 03/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.17 | | 19,385.69 |
| 04/19/09 | 000101 | INTERNATIONAL SURETIES, LTD.<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | TRUSTEE'S BOND<br>BOND NUMBER 016026455 | 2300-000 | | 30.57 | 19,355.12 |
| 04/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.42 | | 19,355.54 |
| 05/29/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,356.03 |
| 06/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.48 | | 19,356.51 |
| 07/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.49 | | 19,357.00 |
| 08/26/09 | 000102 | CLERK OF THE U.S. DISTRICT COURT<br>219 SOUTH DEARBORN STREET<br>CHICAGO, IL | PARTIAL SATISFACTION OF JUDGMENT LIEN<br>OF UNITED STATES OF AMERICA RE JEFFREY<br>L. MCCRAY | 4120-000 | | 7,500.00 | 11,857.00 |
| 08/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.47 | | 11,857.47 |
| 09/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.29 | | 11,857.76 |
| 10/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.29 | | 11,858.05 |
| 11/30/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.30 | | 11,858.35 |
| 12/31/09 | 11 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.30 | | 11,858.65 |
| 01/29/10 | 11 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.27 | | 11,858.92 |
| 01/29/10 | | Transfer to Acct #*******3522 | Final Posting Transfer | 9999-000 | | 11,858.92 | 0.00 |

Page Subtotals     4.28     19,389.49

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

FORM 2

Page: 3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-42768 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MCCRAY, JEFFREY L | | Bank Name: | BANK OF AMERICA |
| | MCCRAY, TAMARA K | | Account Number / CD #: | *******3234  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3334 | | | |
| For Period Ending: | 05/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 346,000.00 | COLUMN TOTALS | | 19,389.49 | 19,389.49 | 0.00 |
| | | Memo Allocation Disbursements: | 326,618.30 | Less: Bank Transfers/CD's | | 0.00 | 11,858.92 | |
| | | | | Subtotal | | 19,389.49 | 7,530.57 | |
| | | Memo Allocation Net: | 19,381.70 | Less: Payments to Debtors | | | 0.00 | |
| | | | | Net | | 19,389.49 | 7,530.57 | |

Page Subtotals        0.00        0.00

Ver: 15.08

LFORM24

UST Form 101-7-TDR (9/1/2009) (Page: 10)

FORM 2

Page: 4

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-42768 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | MCCRAY, JEFFREY L | | Bank Name: | BANK OF AMERICA |
| | MCCRAY, TAMARA K | | Account Number / CD #: | *******3522 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3334 | | | |
| For Period Ending: | 05/10/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/29/10 | | Transfer from Acct #*******3234 | Transfer In From MMA Account | 9999-000 | 11,858.92 | | 11,858.92 |
| 01/29/10 | 000101 | Phillip D. Levey | Trustee Compensation | | | 7,208.09 | 4,650.83 |
| | | | Fees           7,192.68 | 2100-000 | | | 4,650.83 |
| | | | Expenses          15.41 | 2200-000 | | | 4,650.83 |
| 01/29/10 | 000102 | PHILLIP D. LEVEY 2722 NORTH RACINE AVENUE CHICAGO, IL  60614 | Chapter 7 Expenses | 2200-000 | | 15.40 | 4,635.43 |
| 01/29/10 | 000103 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 4,635.43 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 11,858.92 | 11,858.92 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 11,858.92 | 0.00 | |
| | | Subtotal | 0.00 | 11,858.92 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 11,858.92 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 346,000.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 326,618.30 | Money Market Account (Interest Earn - ********3234 | 19,389.49 | 7,530.57 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********3522 | 0.00 | 11,858.92 | 0.00 |
| Total Memo Allocation Net: | 19,381.70 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 19,389.49 | 19,389.49 | 0.00 |
| | | | ============ | ============ | ============ |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      11,858.92      11,858.92

Ver: 15.08